938

No. 1037. Peacock *v.* Retail Credit Co. C. A. 5th Cir. Certiorari denied.

No. 1039. Tocco *v.* United States; and

No. 1040. Nasse et al. *v.* United States. C. A. 7th Cir. Certiorari denied. Reported below: 432 F. 2d 1293.

No. 1046. Barash *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 1051. Reiff *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 1052. Sidney et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 1053. Foster Wheeler Corp. *v.* Babcock & Wilcox Co. C. A. 3d Cir. Certiorari denied.

No. 1054. Thurman *v.* Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 1055. Ashbrook *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 1056. Hing Wan Wong *v.* Liquor Control Commission. Sup. Ct. Conn. Certiorari denied.

No. 1057. Bondholders Protective Committee (of the 3¼% General Mortgage Bonds of the Central Railroad Co.) *v.* 3¼% Mortgage Bondholders Protective Committee et al. C. A. 3d Cir. Certiorari denied.

No. 1075. Viggiano *v.* United States. C. A. 2d Cir. Certiorari denied.